UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:25-cv-00161-BO-KS

GREGORY MILLER, derivatively on behalf of Nominal Defendant EXTREME NETWORKS, INC.,

Plaintiff,

v.

EDWARD B. MEYERCORD III, JOHN C. SHOEMAKER, CHARLES P. CARINALLI, EDWARD H. KENNEDY, KATHLEEN M. HOLMGREN, RAJ KHANNA, INGRID J. BURTON, RÉMI THOMAS, CRISTINA TATE, KEVIN RHODES, NORMAN J. RICE III, JONAS BROWN, JOSEPH VITALONE, and NABIL BUKHARI,

Defendants,

and

EXTREME NETWORKS, INC.,

Nominal Defendant.

**ORDER GRANTING JOINT MOTION TO STAY PENDING RESOLUTION OF MOTION TO DISMISS IN RELATED SECURITIES CLASS ACTION**

THIS MATTER IS BEFORE THE COURT on Plaintiff Gregory Miller ("Plaintiff"), individual Defendants Edward B. Meyercord III, John C. Shoemaker, Charles P. Carinalli, Edward H. Kennedy, Kathleen M. Holmgren, Raj Khanna, Ingrid J. Burton, Rémi Thomas, Cristina Tate, Kevin Rhodes, Norman J. Rice III, Jonas Brown, Joseph Vitalone, and Nabil Bukhari (the "Individual Defendants"), and Nominal Defendant Extreme Networks, Inc.'s ("Extreme," and, with the Individual Defendants, "Defendants," and with the Plaintiff, the "Parties") Joint Motion to Stay Pending Resolution of Motion to Dismiss in Related Securities Class Action, and for good cause shown, the Motion is GRANTED.

1. The Derivative Action, including all deadlines, hearings, conferences, and discovery is hereby stayed until the resolution of the motion to dismiss, including any appeal(s)

1

therefrom and any further motion(s) to dismiss following such appeal(s), in the Related Securities Action.

2. Upon the final resolution of the motion to dismiss and any appeal(s) therefrom or further motion(s) to dismiss following such appeal(s) in the Related Securities Action, the Parties shall, within fourteen (14) days, meet and confer regarding appropriate next steps to be taken in the Derivative Action and then notify the Court accordingly.

SO ORDERED, this __11__ day of June, 2025.

*Terence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE